NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TIMOTHY W. BUTLER,**
*Petitioner*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent*

---

2023-1563

---

Petition for review of the Merit Systems Protection Board in No. DA-1221-19-0077-W-1.

---

**ON MOTION**

---

**O R D E R**

Timothy W. Butler moves unopposed to voluntarily dismiss this petition pursuant to Federal Rule of Appellate Procedure 42(b). The government agrees that each party bear its own costs.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The petition is dismissed.

2                                                                          BUTLER v. ARMY

(2)    Each party shall bear its own costs.

FOR THE COURT

May 9, 2023                                    /s/ Peter R. Marksteiner
     Date                                      Peter R. Marksteiner
                                               Clerk of Court


ISSUED AS A MANDATE:  May 9, 2023